IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Valencia Lagler, Case No. 1:23-cv-00480 | |

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 21, 2026
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 16, 2026.

By: */s/ Melinda Davis Nokes*
    Melinda Davis Nokes
    Weitz & Luxenberg
    1880 Century Park East, Suite 700
    Los Angeles, CA 90067
    310-247-0921
    Fax: 310-786-9927
    Email: mnokes@weitzlux.com

***Attorney for Plaintiff***

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Faegre Drinker Biddle & Reath, LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Phone: (317) 237-0300
    Fax: (317) 237-1000
    andrea.pierson@faegredrinker.com

***Attorney for Defendants***